UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **JEREMY DONTAE PARRISH** | * | **CIVIL ACTION NO.  15-0581** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 21], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for attorney's fees [Doc. No. 18] is GRANTED, as modified, and that the Commissioner shall remit to plaintiff's counsel a check made payable to plaintiff Jeremy Parrish for attorney fees in the amount of  $3,447.50 (19.70 hours at $175.00 per hour), plus costs of $400.

IT IS FURTHER ORDERED that, should plaintiff prevail at the administrative level upon remand, his counsel is GRANTED an extension of time until 30 days from receipt of the Notice of Award within which to file a fee application under § 406(b).

Monroe, Louisiana, this 4th day of November, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE