UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| JEREMY PARRISH | * | CIVIL ACTION NO. 15-0581 |
|---|---|---|
| VERSUS | * | JUDGE ROBERT G. JAMES |
| NANCY A. BERRYHILL, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED plaintiff's motion for attorney fees pursuant to 42 U.S.C. § 406(b) [doc. # 23], is GRANTED, as modified, and that plaintiff's counsel, the LAW OFFICES OF CHARLES E. BINDER AND HARRY J. BINDER, L.L.P., is awarded $9,123.00, reduced by any § 406(a) award made by the Commissioner, and subject to counsel's obligation to refund to the client the previously awarded EAJA fee in the amount of $3,447.50.

MONROE, Louisiana, this 14th day of June, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE